**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM GARCIA,<br><br>                    Plaintiff,<br><br>     v.<br><br>WAL-MART ASSOCIATES, INC.;<br>WALMART INC.; and DOES 1<br>through 100, Inclusive,<br><br>                    Defendants. | Case No:   2:23-cv-01790 SVW (Ex)<br><br>*[Removed from Los Angeles County Superior Court Case No. 23STCV01957]*<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   January 30, 2023<br>Trial Date:            Not Set Yet |

The parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

It is **SO ORDERED**.

Dated: July 11, 2023

                                                                                _____
                                                                                HONORABLE STEPHEN V. WILSON
                                                                                UNITED STATES DISTRICT JUDGE